■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY MOORE, Appellant.—Judgment, Supreme Court, New York County (Albert Williams, J.), rendered on December 2, 1983, unanimously affirmed. Application by appellant for leave to obtain minutes denied. No opinion. Concur—Murphy, P. J., Sandler, Carro, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL SIRAGUSA, Also Known as FRANCIS CORRETTA, Appellant. —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered on May 4, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Carro, Asch and Rosenberger, JJ.

■ In the Matter of KYLE BYRD, Appellant.—Final order of disposition of Family Court of the State of New York, New York County (Sara Schechter, J.), entered on January 28, 1985, unanimously affirmed, without costs and without disbursements. The appeal from the fact-finding order of said court, entered on or about January 15, 1985, unanimously dismissed as having been subsumed in the appeal from the order entered on January 28, 1985, without costs and without disbursements. No opinion. Concur—Sandler, J. P., Sullivan, Carro, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE WHITE, Appellant.—Judgment, Supreme Court, New York County (Luis Neco, J.), rendered on March 9, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Milonas and Kassal, JJ.